UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
06-SC-2262 (JMR/FLN)

| | |
|---|---|
| A.C.H., a male juvenile, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| United States of America | ) |

The Court has received the Findings of Fact, Conclusions of Law, and Recommendation, issued by the Honorable Franklin L. Noel, United States Magistrate Judge, on November 3, 2006. No objections have been filed to said Report and Recommendation.

WHEREFORE, IT IS HEREBY ORDERED that:

1. The Court adopts, in whole and as its own, the said Report and Recommendation.

2. Petitioner's petition for writ of habeas corpus is granted [Docket No. 1].

3. The Bureau of Prisons is hereby directed to calculate, forthwith, but in no event later than December 8, 2006, the credit to which petitioner is entitled for time spent in official detention awaiting his probation dispositional hearing.

4. The Bureau of Prisons shall transmit its calculation to this Court on or before December 9, 2006.

5. The Bureau of Prisons shall release the petitioner according to the calculations directed in Paragraph 3 above.

SCANNED
NOV 2 8 2006
U.S. DISTRICT COURT MPLS

5.  This matter shall be unsealed for the purpose of publishing this Order and the Magistrate's Report and Recommendation.

IT IS SO ORDERED.

Dated: November 28th, 2006

_____
JAMES M. ROSENBAUM
United States Chief District Judge